JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA GARIBAY, | Case No. CV 24-10298 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WESTERN PROGRESSIVE, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge